# Order

Michigan Supreme Court
Lansing, Michigan

September 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156898

DIANE HARRIS,
        Plaintiff/Third-Party Defendant-
Appellant,

v

GREEKTOWN SUPERHOLDINGS, INC., d/b/a
GREEKTOWN CASINO, LLC, and
CAROLYN SIMANCIK,
        Defendants,

and

BARRY A. SEIFMAN and BARRY A.
SEIFMAN, PC,
        Third-Party Plaintiffs-Appellees,

v

RAYMOND GUZALL III and RAYMOND
GUZALL III, PC,
        Third-Party Defendants-Appellants.

SC: 156898
COA: 331652
Wayne CC: 12-003001-CD

_____/

     On order of the Court, the application for leave to appeal the October 31, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

s0927